AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| RAY WOMACK | ) Case No: 5:05CR056-002 |
| | ) USM No: 40053-0602 |
| Date of Previous Judgment: 11/03/2006 | ) JEFF JAKIIMIDES |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___115___ months **is reduced to** ___96 months___.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level: 26 | Amended Offense Level: 24 | |
| Criminal History Category: V | Criminal History Category: V | |
| Previous Guideline Range: 110 to 137 months | Amended Guideline Range: 92 to 115 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated ___11/03/2006___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: ___05/23/2008___

Christopher a Boyko

Judge's signature
Judge Christopher A. Boyko
United States District Court

Effective Date: _____
(if different from order date)

Printed name and title

FILED

MAY 23 2008



CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND